# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

NOTICE: The clerk's office is moving permanently to 600 S. Maestri Place, New Orleans, LA 70130 on **April 24, 2006**. All correspondence expected to arrive at the court on or after April 24, 2006 must be sent to this address.

February 22, 2006

Mr Michael N Milby, Clerk
Southern District of Texas, Houston
United States District Court
Room 1217
515 Rusk Avenue
Houston, TX 77002

*[handwritten: 1 env. of Trial exhibits]*

       No. 05-20395 Whaley v. Mann Frankfort Stein
       USDC No. 4:04-CV-4197

Original Exhibits,  (  ) Box     ( 1 ) Env.
                      (  ) Package (  ) Roll

The electronic copy of the record has been recycled.

                Sincerely,

                CHARLES R. FULBRUGE III, Clerk

        By: _____
                Linda Miles, Deputy Clerk
                504-310-7709

REC-3